| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
| | jpicone@hopkinscarley.com |
| 2 | Jennifer S. Coleman, Bar No. 213210 |
| | jcoleman@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
| | A Law Corporation |
| 4 | The Letitia Building |
| | 70 South First Street |
| 5 | San Jose, CA 95113-2406 |
| 6 | *mailing address:* |
| | P.O. Box 1469 |
| 7 | San Jose, CA 95109-1469 |
| | Telephone: (408) 286-9800 |
| 8 | Facsimile: (408) 998-4790 |
| 9 | Attorneys for Defendants |
| | FINANCIAL ANALYSTS CONSULTANTS, INC., |
| 10 | dba COIL N' WRAP; KEN WILTON, an individual; |
| | and JUDY WILTON, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | JOHN HANNA, an individual, | CASE NO. C08 02476 |
| 16 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| 17 | v. | |
| 18 | FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual, | |
| 21 | Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and Northern District Civil Local Rules 6-1(a), 7-11 and 16-2(e), Plaintiff JOHN HANNA, an individual (hereinafter "Plaintiff") and Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual (hereinafter collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree to continue the Initial Case Management Conference and ADR

1  Deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR
2  Deadlines dated May 14, 2008 until two weeks after the due date for defendants' responsive
3  pleading. In light of the foregoing, these deadlines are extended through and including
4  October 24, 2008.

5  IT IS SO STIPULATED.

6  Dated: September 26, 2008    HOPKINS & CARLEY
                                 A Law Corporation

9  By: _____/ s /_____
       John V. Picone III
       Attorneys for Defendants
       FINANCIAL ANALYSTS
       CONSULTANTS, INC., dba COIL N'
       WRAP; KEN WILTON, an individual; and
       JUDY WILTON, an individual

13 Dated: September 26, 2008    INTELLECTUAL PROPERTY LAW GROUP LLP

15 By: _____/ s /_____
       Margaux A. Aviguetero
       Attorneys for Plaintiff
       JOHN HANNA, an individual

## ORDER

IT IS HEREBY ORDERED that Plaintiff John Hanna's and Defendants Financial Analysts Consultants, Inc. dba Coil n' Wrap's, Ken Wilton's, and Judy Wilton's Stipulation to Extend Case Management Conference and ADR Deadlines is GRANTED.

IT IS HEREBY ORDERED that the Initial Case Management Conference, presently scheduled for October 2, 2008 at 10:00 a.m. is hereby continued to November 13, 2008 at 10 a.m.

Dated: September 29, 2008

_____
U.S. DISTRICT COURT JUDGE