John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC.,
dba COIL N' WRAP; KEN WILTON, an individual;
and JUDY WILTON, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANNA, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual,<br><br>   Defendants. | CASE NO.  CV 08 02476 JF (PVT)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT** |

1   The deadline for Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba
2   COIL N' WRAP, KEN WILTON, and JUDY WILTON to answer or otherwise respond to
3   Plaintiff John Hanna's complaint in this action is hereby extended up to and through February 27,
4   2009.
5        IT IS SO ORDERED

7   Dated: __2/23_____, 2009        _____
8                                          JUDGE OF THE DISTRICT COURT

614\588359.1

[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT       CV 08 02476 JF (PVT)

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE